1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  DAMALI A. TAYLOR  (262489)
   Assistant United States Attorney
5      450 Golden Gate Ave., Box 36055
       San Francisco, California 94102
6      Telephone:  (415) 436-7200
       Fax: (415) 436-7234
7      E-Mail: damali.taylor@usdoj.gov

8  Attorneys for Plaintiff

9

10                     UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                           OAKLAND DIVISION

13

14  UNITED STATES OF AMERICA,          )    No. CR 3-09-1122 PJH
                                       )
15         Plaintiff,                  )                        Trial Date
                                       )    STIPULATION AND [PROPOSED] /
16      v.                             )    ORDER SETTING HEARING DATE AND
    JOSE RIVERA-SANCHEZ,               )    DOCUMENTING EXCLUSION OF TIME
17                                     )    UNDER THE SPEEDY TRIAL ACT
           Defendant.                  )
18  _____)

19

20        The parties appeared before the Court in this matter on May 16, 2012 for change of plea

21  or trial setting.  The defendant, JOSE RIVERA-SANCHEZ, was represented by Michael R.

22  Berger, Esquire, and the government was represented by DAMALI A. TAYLOR, Assistant

23  United States Attorney.  The defendant was present and in custody.  At the time of the hearing,

24  the parties informed the Court that the matter will proceed to trial.  The parties anticipated that

25  approximately two weeks will be needed to conduct the trial.

26        Defense counsel, Mr. Berger, requested a trial date of November 5, 2012 at 8:30 a.m.

27  Mr. Berger represented to the Court that, due to conflicting trial schedules and commitments out

28  of the district, there is no two week period before November 5, 2012 in which he will be

ORDER EXCLUDING TIME
CR  3-09-1122 PJH

1  available for trial.  Moreover, Mr. Berger informed the Court that additional time is needed for

2  him to examine the evidence together with the defendant in preparation for trial.  Thus, some of

3  the additional time is also needed for effective preparation of counsel.  Given defense counsel's

4  unavailability, the government agreed to the trial date and had no objection to the exclusion of

5  time.  The parties therefore agreed that, for continuity of counsel and in order to effectively

6  prepare the defendant for trial, time be excluded under the Speedy Trial Act between May 16,

7  2012 and November 5, 2012.  The parties agreed that the ends of justice served by granting such

8  an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial.

9  18 U.S.C. § 3161(h)(7)(A).  The Court made findings consistent with the agreement of the

10  parties.

11

12  SO STIPULATED:

13
                                        MELINDA HAAG
14                                      United States Attorney

15
   DATED: May 17, 2012                 _____/s/_____
16                                      DAMALI A. TAYLOR
                                        Assistant United States Attorney
17

18
   DATED: May 17, 2012                 _____/s/_____
19                                      MICHAEL R. BERGER
                                        Counsel for the Defendant
20

21

22

23

24

25

26

27

28

1
2
3                              [PROPOSED] ORDER

4          For the foregoing reasons, the Court HEREBY ORDERS that time is excluded from May

5    16, 2012 through November 5, 2012, at 8:30 a.m., the date currently set for trial before the

6    Honorable Phyllis J. Hamilton.  The Court finds that the failure to grant the requested extension

7    would deny counsel the reasonable time necessary for effective preparation, taking into account

8    the exercise of due diligence, and that the ends of justice served by granting the requested

9    extension outweigh the best interests of the public and the defendant in a speedy trial and in the

10   prompt disposition of criminal cases.  The Court further concludes that an exclusion of time from

11   May 16, 2012 through November 5, 2012, should be made under Title 18, United States Code,

12   Sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv).  The Court finds that the ends of justice served by

13   excluding the period from May 16, 2012 through November 5, 2012, outweigh the best interest

14   of the public and the defendant in a speedy trial.  Id. § 3161(h)(7)(A).

15    **IT IS SO ORDERED**.

16

17   Dated: _May 18, 2012_

                                                    _____
18                                                  PHYLLIS J. HAMILTON
                                                    UNITED STATES DISTRICT JUDGE
19

20

21

22

23

24

25

26

27

28